

FILE COPY

OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

**8/13/2015**                    **COA Case No. 12-14-00255-CR**
**BENDY, DENNIS MONTRELL**    **Tr. Ct. No. 241-1575-13**       **PD-1040-15**

On this day, this Court has granted the Appellant's Pro Se motion for an extension of time in which to file the Petition for Discretionary Review. The time to file the petition has been extended to Tuesday, October 20, 2015. NO FURTHER EXTENSIONS WILL BE ENTERTAINED. NOTE: Petition For Discretionary Review must be filed with The Court of Criminal Appeals.

Abel Acosta, Clerk

         12TH COURT OF APPEALS CLERK
         CATHY LUSK
         1517 W. FRONT, ROOM 354
         TYLER, TX 75701
         * DELIVERED VIA E-MAIL *